859 A.2d 580 (2004)
271 Conn. 921
R AND R POOL AND PATIO, INC., et al.
v.
ZONING BOARD OF APPEALS OF THE TOWN OF RIDGEFIELD
Supreme Court of Connecticut.
Decided September 22, 2004.
Wesley W. Horton, Hartford, Daniel J. Krisch and Robert A. Fuller, Wilton, in support of the petition.
Patricia C. Sullivan and Barbara M. Schellenberg, Bridgeport, in opposition.
The plaintiffs' petition for certification for appeal from the Appellate Court, 83 Conn.App. 1, 847 A.2d 1052 (2004), is denied.